UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>MARGARET STEEVES-MANCINI, )<br>)<br>*Defendant*. ) | Court No. |

## COMPLAINT

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Margaret Steeves-Mancini (hereinafter "Steeves-Mancini"), resides in the District of Massachusetts in Holliston, MA.

3. Steeves-Mancini is indebted to the United States in the principal amount of $117,381.43 plus interest computed at the rate of 8.25 percent per annum, for a total amount of $189,376.94 as of April 7, 2011. Thereafter, interest on the principal amount will accrue at the rate of 8.25 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Steeves-Mancini has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Steeves-Mancini in the principal amount of $117,381.43; plus interest on this principal at an annual rate of 8.25 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

CARMEN M. ORTIZ
United States Attorney

By: /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: June 15, 2011